PS 42
(Rev 07/93)

## United States District Court
District of Nebraska

**District of Nebraska**

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | Case No. 8:05CR368 |
| **Brett Sundberg** ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Brett Sundberg, have discussed with Jennifer A. Iverson, Pretrial Services Officer, modification of my release as follows:

This consent outlines the removal of condition 7 ( r ) from the defendant's conditions of release. Subsequently removing the defendant from a program of home confinement as monitored by electronic monitoring.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/10/06     _____  3/10/06
Signature of Defendant       Date         Pretrial Services Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  3/10/06
Signature of Defense Counsel   Date

[X]   The above modification of conditions of release is ordered, to be effective on 3/10/06.

[ ]   The above modification of conditions of release is not ordered.

_____  3/14/06
Signature of Judicial Officer   Date